In the Matter of the Assignment of PARAMOUNT FINISHING CORPORATION to THOMAS O. SCHECKELL et al., Appellants.

MANUFACTURERS TRUST COMPANY, Respondent.

(Submitted March 31, 1932; decided April 26, 1932.)

*Edward W. Drucker* for appellants.

*Leonard G. Bisco* and *Henry Landau* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: CRANE and KELLOGG, JJ.